Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

Attorneys for Plaintiff
Margaret D. Fox

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARGARET D. FOX, | Case No.: 2:14-cv-00344-E |
| Plaintiff, | [~~PROPOSED~~]/ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, [1] Acting Commissioner of Social Security, | |
| Defendant. | |

*Pursuant to the parties' "Stipulation for Dismissal"* The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 7/23/14

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATE: July 23, 2014

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING
/s/ *Brian C. Shapiro*
BY:_____
Brian C. Shapiro
Attorney for plaintiff Margaret D. Fox

-3-

1

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:14-CV-00344-E

2

3

I hereby certify that I electronically filed the foregoing with the Clerk of the

4

Court for this court by using the CM/ECF system on July 23, 2014.

5

I certify that all participants in the case are registered CM/ECF users and

6

that service will be accomplished by the CM/ECF system.

7

*/s/ Brian C. Shapiro*

8

9

Brian C. Shapiro
Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-4-